UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL DAVIS, SR., | Case No. 1:22-cv-01632-HBK (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | (Doc. No. 2) |
| R. CLOAK, S. REED, R. VINCENT, W. WHITLEY, PATRICK EATON, FNU VALESCO, FNU WHITE, E. CLOAK, | ORDER DIRECTING PAYMENT OF INITIAL FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS |
| Defendants. | |

Plaintiff Earl Davis, Sr., a prisoner, initiated this action on December 22, 2022, by filing a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1, Complaint). Plaintiff seeks leave to proceed *in forma pauperis* and submitted a copy of his prison trust fund statement and a Certification from prison officials in support. (Doc. No. 2). Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the statutory filing fees as set forth in 28 U.S.C. § 1915. **Plaintiff shall make an initial payment of $142.00[1] (20% of the <u>greater</u> of the average monthly deposits or average monthly balance).** *Id*., §

---

[1] According to the Certification completed by the authorized correctional official, Plaintiff's six-month average monthly balance was $713.49, and his six-month average monthly deposits was $213.07. (Doc. No. 2 at 2).

**1915(b)(1)(A), (B).**  Thereafter, Plaintiff is required to make monthly payments of 20% of the preceding month's income credited to her trust account.  The California Department of Corrections shall send the initial $142.00 payment to the Clerk of the Court and subsequent payments from Plaintiff's inmate trust fund account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

      ACCORDINGLY, it is **ORDERED**:

      1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

      2. **The Secretary of the California Department of Corrections, or his designee shall forward an initial payment of $142.00 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(B) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**  The payments shall be clearly identified by the name and number assigned to this action.

      3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

      4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

Dated:    January 3, 2023

HELENA M. BARCH-KUCHTA  
UNITED STATES MAGISTRATE JUDGE