# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL DAVIS, SR., | No. 1:22cv-01632-JLT--HBK (PC) |
| Plaintiff, | ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS |
| v. | |
| S. REED et al., | |
| Defendants. | |

The Court set this case for a settlement conference before a United States Magistrate Judge to be held on April 2, 2024. (Doc. No. 63). Plaintiff failed to appear for the settlement conference and the assigned Magistrate Judge before whom the settlement conference was scheduled has found that Plaintiff's failure to appear was willful and unexcused. (Doc. No. 68).

Accordingly, it is ORDERED:

On or before April 21, 2024, Plaintiff shall show cause why the Court should not sanction Plaintiff for his failure to appear at the settlement conference, including, but not limited to, recommending that the district court dismiss this case.

Dated: April 3, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE